# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-60103

JEREMY STOCKSTILL,

United States Court of Appeals
Fifth Circuit

**FILED**

September 29, 2016

Lyle W. Cayce
Clerk

Plaintiff - Appellant

v.

CITY OF PICAYUNE; BRYAN DAWSEY, in his official capacity as Chief of Police for City of Picayune Police Department; CHAD PRESTRIDGE, individually and in his official capacity as Patrol Officer for the City of Picayune Police Department,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:16-CV-4

Before REAVLEY, DAVIS, and JONES, Circuit Judges.

PER CURIAM:*

The court has carefully considered this appeal in light of the briefs, excellent oral arguments and pertinent portions of the record. Having done so, we find no reversible error of law or fact and affirm essentially for the reasons stated in the district court's comprehensive oral findings and conclusions.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.